IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT R. HART,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation;<br><br>Defendant. | 4:23CV3062<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 51), Plaintiff's claims against Union Pacific are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2024.

BY THE COURT:

s/ Susan M. Bazis

United States District Judge